BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ELAINE A. RYAN
PATRICIA N. SYVERSON (203111)
LINDSEY M. GOMEZ-GRAY
2325 E. Camelback Road, #300
Phoenix, AZ  85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone:   (602) 274-1100

STEWART M. WELTMAN LLC
STEWART WELTMAN
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
sweltman@weltmanlawfirm.com
Telephone: 312-588-5033
(Of Counsel Levin, Fishbein, Sedran & Berman)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA FRANCO, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEUTROGENA CORPORATION, a Delaware corporation,<br><br>    Defendant. | Case No. 2:12-CV-10191-R (AJWx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1)(A)(i)** |

    Pursuant to Federal Rule of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiff Andrea Franco voluntarily dismisses her claims against Defendant Neutrogena Corporation in the above-captioned action.  Defendant has not yet served either an answer to Plaintiff's Class Action Complaint or a motion for summary judgment.  Plaintiff's dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

1 | DATED: January 23, 2013

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

By: _____*s/ Patricia Syverson*_____

Elaine A. Ryan
Patricia N. Syverson (203111)
Lindsey M. Gomez-Gray
2325 E. Camelback Road, Ste. 300
Phoenix, AZ 85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone:(602) 274-1100

STEWART M. WELTMAN LLC
Stewart M. Weltman
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
sweltman@weltmanlawfirm.com
Telephone: 312-588-5033
(Of Counsel Levin, Fishbein, Sedran & Berman)

Attorneys for Plaintiff

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 23, 2013.

        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC

By: *s/Patricia N. Syverson*
Patricia N. Syverson (203111)
2325 E. Camelback Road, Ste. 300
Phoenix, AZ 85016
psyverson@bffb.com
Telephone:     (602) 274-1100